# EXHIBIT B

## U.S. Patent No. 11,419,787 — Peak Saunas' SHASTA Model

**Independent Claim 13**

| Element/Limitation | Owner's Manual Evidence | Pages | Infringement Analysis | Inspection Confirmation |
|---|---|---|---|---|
| 13. An infrared-therapy device comprising: | Discloses "1-Person Full Spectrum" sauna with true full-spectrum infrared heat." | 1-2 | Peak's SHASTA model is an infrared therapy device. | The SHASTA sauna is an IR therapy device. |
| an enclosure assembly for accommodating a user; | Discloses "sauna" having "floor panel," "back panel," "right wall," "support frame," "calf panel," "seat panel," "left wall," "front side panel," and "roof panel" which form an enclosure in which user(s) are accommodated. | 4, 7-13 | Peak's SHASTA model has an enclosure assembly for accommodating a user. | The SHASTA sauna has an enclosure for accommodating a user. |
| an infrared emitter coupled with the enclosure, the emitter including a first heating element operable to emit near-infrared radiation and a second heating element operable to emit far-infrared radiation, the first and second heating elements being | Discloses "full-spectrum infrared (back wall and corner)" elements, "are active when you see a visible red glow through the heater covers".  Discloses "far infrared heaters" which, when on, emit "gentle, even warmth radiating from the black side wall, floor, and bench panels."  Troubleshooting Section references heater elements and heater units which emit heat. | 1  2, 21 | Peak's SHASTA model has a near-infrared heating element which is a first heating element coupled with the enclosure assembly and operable to emit near-infrared radiation.  Peak's SHASTA model has far infrared heaters which are a second heating | The SHASTA sauna has two heating elements coupled to the back wall of the enclosure. The heating elements emit a visible orange/red glow with a serpentine filament visible through the protective cover, consistent with a quartz or halogen infrared emitter which |

| | | | element coupled with the enclosure assembly and operable to emit far-infrared radiation.<br><br>The near-infrared heaters and far-infrared heaters of Peak's SHASTA model are integrated into a single unit. | emits near-infrared radiation.<br><br>The SHASTA sauna has two black panel heating elements coupled to the side walls of the enclosure, on the left and right sides of the bench. The black panel heating elements do not produce a visible glow from the elements when emitting heat, consistent with carbon panels which emit far-infrared radiation.<br><br>The heating elements which emit a visible orange/red glow, and the black panel heating elements, are integrated into a single unit. |
|---|---|---|---|---|
| integrated into a single unit; and | The first and second heating elements are integrated within the same sauna enclosure. | | | |
| a control panel associated with the enclosure and operably coupled with | Discloses operation instructions with a depiction of a control panel having temperature, time, audio, power, and light control buttons.  Temperature | 14 | Peak's SHASTA model includes a control panel coupled to each of the first and second | The SHASTA sauna has a double-sided control panel attached to a side wall of the |

| the first heating element and the second heating element, the control panel operable by the user to cause near-infrared and far-infrared radiation to be emitted within the enclosure by the emitter from one or more of the first heating element and the second heating element. | controls appear to allow a user to specify a desired temperature which causes output infrared radiation from the first and second heating elements. | | heating elements to allow a user to specify a desired temperature, which causes an output radiation to be emitted from from one or both of the first and second heating elements. | enclosure, with identical user-operable controls accessible from the interior and exterior of the enclosure (i.e., the control panel body extends through the enclosure, with identical user-operable controls on each side). |
|---|---|---|---|---|

## Independent Claim 19

| Element/Limitation | Owner's Manual Evidence | Pages | Infringement Analysis | Inspection Confirmation |
|---|---|---|---|---|
| 19. An infrared-therapy device comprising: | Discloses "1-Person Full Spectrum" sauna with true full-spectrum infrared heat." | 1-2 | Peak's SHASTA model is an infrared therapy device. | The SHASTA sauna is an IR therapy device. |
| an enclosure assembly for accommodating a user; | Discloses "sauna" having "floor panel," "back panel," "right wall," "support frame," "calf panel," "seat panel," "left wall," "front side panel," and "roof panel" which form an enclosure in which user(s) are accommodated. | 4, 7-13 | Peak's SHASTA model has an enclosure assembly for accommodating a user. | The SHASTA sauna has an enclosure for accommodating a user. |
| a first heating element operable to emit near-infrared radiation and positioned within the enclosure to emit the near-infrared radiation toward a torso of a human user positioned within the enclosure; | Discloses "full-spectrum infrared (back wall and corner)" elements, "are active when you see a visible red glow through the heater covers". | 1 | Peak's SHASTA model has a near-infrared heating element which is a first heating element coupled with the enclosure assembly and operable to emit near-infrared radiation. | The SHASTA sauna has two heating elements coupled to the back wall of the enclosure. The heating elements emit a visible orange/red glow with a serpentine filament visible through the protective cover, consistent with a quartz or halogen infrared emitter which emits near-infrared radiation. |

|  |  |  |  | The heating elements which emit a visible orange/red glow are positioned just above the bench seat, and directed toward the torso of a user sitting on the bench. |
|---|---|---|---|---|
| a second heating element operable to emit far-infrared radiation and positioned within the enclosure to emit the far-infrared radiation toward the torso of the human user positioned within the enclosure, the first heating element and the second heating element emitting the near- and far-infrared radiation toward the torso from substantially the same vertical position within the enclosure; and | Discloses "far infrared heaters" which, when on, emit "gentle, even warmth radiating from the black side wall, floor, and bench panels." Troubleshooting Section references heater elements and heater units which emit heat. | 2, 21 | Peak's SHASTA model has far infrared heaters which are a second heating element coupled with the enclosure assembly and operable to emit far-infrared radiation. | The SHASTA sauna has two black panel heating elements mounted/coupled to the side walls of the enclosure, on the left and right sides of the bench. The black panel heating elements do not produce a visible glow when emitting heat, consistent with carbon panels which emit far-infrared radiation. The black panel heating elements are directed toward the torso of a user sitting on the bench. |

| | | | | The heating elements which emit a visible orange/red glow, and the black panel heating elements, are at substantially the same vertical position within the enclosure. |
|---|---|---|---|---|
| a control panel associated with the enclosure and operably coupled with the first heating element and the second heating element, the control panel operable by the user to cause near-infrared and far-infrared radiation to be emitted within the enclosure by the one or more of the first heating element and the second heating element. | Discloses operation instructions with a depiction of a control panel having temperature, time, audio, power, and light control buttons.  Temperature controls appear to allow a user to specify a desired temperature which causes output infrared radiation from the first and second heating elements. | 14 | Peak's SHASTA model includes a control panel coupled to each of the first and second heating elements to allow a user to specify a desired temperature, which causes radiation output from one or both of the first and second heating elements. | The SHASTA sauna has a double-sided control panel attached to a side wall of the enclosure, with identical user-operable controls accessible from the interior and exterior of the enclosure (i.e., the control panel body extends through the enclosure, with identical user-operable controls on each side). <br><br> Wiring from the control module extends to the top of the enclosure, and wiring harnesses and driver modules on the top of the |

| | | | | enclosure couple the control panel to each of the heating elements which emit a visible orange/red glow, and to each of the black panel heating elements. |
|---|---|---|---|---|